IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAKKA SHANEAK JAMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-1855-S-BN |
| | § | |
| ALORICA INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ON MOTIONS FOR LEAVE TO AMEND
AND TO VOLUNTARILY DISMISS CLAIMS**

Plaintiff Shakka Shaneak James filed this *pro se* action against multiple defendants. *See* Dkt. No. 3. The presiding United States district judge referred this lawsuit to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

James has now filed motions seeking leave to amend her complaint [Dkt. No. 8] and to voluntarily dismiss claims against certain defendants as part of her proposed amendment [Dkt. No. 9].

Generally, within certain time constraints, Federal Rule 15(a)(1) allows one amendment as a matter of course. *See* FED. R. CIV. P. 15(a)(1).

Therefore, the Court GRANTS James's motion for leave to amend. The Clerk of Court is DIRECTED to docket the amended complaint appended to James's motion [Dkt. No. 8 at 4-8] in a new docket entry as the Amended Complaint.

Because the filing of an amended complaint supersedes the original complaint and no opposing party has yet appeared in this case, no court order is needed to

dismiss the defendants not named in the amended complaint. So James's motion to voluntarily dismiss those defendants not named in the amended complaint [Dkt. No. 9] is TERMINATED as moot upon filing of the amended complaint.

SO ORDERED.

DATED: August 18, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE