# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| SHAKKA SHANEAK JAMES § <br> § <br> v. § <br> § CIVIL ACTION NO. 3:25-CV-1855-S-BN <br> ALORICA INC., TRUECOVERAGE § <br> LLC, and FIDELITY BROKERAGE § <br> SERVICES LLC § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. ECF No. 28. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED October 28, 2025.

_____
**UNITED STATES DISTRICT JUDGE**