# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SHAKKA SHANEAK JAMES | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-1855-S-BN |
| | § | |
| ALORICA INC., et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, the Court **GRANTS** the motion to strike [ECF No. 35], **STRIKES** the answer and certificate of interested persons filed by Acura Financial Services [ECF Nos. 33, 34], and **DIRECTS** the Clerk of Court to **UNFILE** the stricken pleadings.

**SO ORDERED.**

SIGNED November 14, 2025.

_____<br>
**UNITED STATES DISTRICT JUDGE**